# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Erick Issac GARCIA, <br><br> Defendant. | Case No.: 25mj4266-SBC <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 21 U.S.C. §§ 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) |

The undersigned complainant being duly sworn states:

On or about August 6, 2025, within the Southern District of California, defendant, Erick Issac GARCIA, did knowingly and intentionally import 500 grams and more, to wit: approximately 39.84 kilograms (87.83 pounds), of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Scott Mayer
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 7th day of August 2025.

Honorable Steve B. Chu
U.S. Magistrate Judge

## STATEMENT OF FACTS

On August 6, 2025, at approximately 9:43 AM, Erick Issac GARCIA, ("GARCIA"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro POE in vehicle lane #22. GARCIA was the driver, sole occupant, and registered owner of a 2011 Mini Cooper ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from GARCIA. GARCIA stated he was crossing the border to go to San Diego, California to work. During an inspection of the vehicle, the CBPO noticed the vehicle smelled like vinegar. The CBPO received a computer-generated alert and referred the vehicle to secondary for further inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the vehicle's doors and quarter panels.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the vehicle's passenger side door seam and rear passenger side door.

Further inspection of the vehicle resulted in the discovery of 80 packages concealed in the doors and quarter panels of the vehicle, with a total approximate

1

weight of 39.84 kgs (87.83 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

GARCIA was placed under arrest at approximately 12:15 PM.

During a post-Miranda interview, GARCIA denied knowledge that the narcotics were in the vehicle. GARCIA stated that he was going to work. GARCIA stated he believed a vehicle mechanic placed the drugs in his vehicle.

GARCIA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.